# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA,
### INDIANAPOLIS DIVISION

| | |
|---|---|
| LOYD WOODWARD,<br><br>    **Plaintiff,**<br><br>    *vs*.<br><br>DAVID ALGIE,<br><br>    **Defendant.** | CAUSE NO. 1:13-cv-1435-DKL-RLY |

## JUDGMENT

The Court, having this date issued its findings of fact and conclusions of law following bench trial in this Cause, hereby **ORDERS, ADJUDGES, and DECREES (1)** judgment in favor of Defendant and against Plaintiff on Plaintiff's claims for breach of contract and deception and conversion, and **(2)** judgment in favor of Plaintiff and against Defendant on Defendant's counterclaim for promissory estoppel. Plaintiff shall take nothing by way of his complaint and Defendant shall take nothing by way of his counterclaim.

**SO ORDERED this date:** 09/28/2016

*[signature]*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *[signature]*
    Deputy Clerk, U.S. District Court

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.

Distribution *via* first-class mail on:

    Loyd Woodward
    6501 Highway 208
    Girard, Texas  79518.